UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Multi-Tech Systems, Inc.,
a Minnesota corporation,

Plaintiff,

vs.

Compaq Computer Corporation,
a Delaware corporation,

Defendant.

ADM
Civil No. 00-CV-297 ~~DWF~~/AJB

STIPULATION AND ORDER
EXTENDING TIME FOR ANSWER

The undersigned counsel for the parties hereby stipulate that the time within which defendant Compaq Computer Corporation may answer or otherwise respond pursuant to Rule 12(b), Fed. R. Civ. P., to the Complaint in this action may be extended through and including April 14, 2000.

Date: March 27, 2000

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: Kevin D. Conneely
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
Darren B. Schweibert (#260642)
Jodene Jensen (#277216)
Misti Nele (#296090)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Telephone: (612) 349-8500

Attorneys for plaintiff Multi-Tech Systems, Inc.

FILED MAR 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: March 27, 2000

FAEGRE & BENSON LLP

By: John F. Beukema

John D. French (#31914)
John F. Beukema (#8023)
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 336-3000

Attorneys for defendant Compaq Computer Corporation

**ORDER**

On the basis of the foregoing Stipulation, IT IS SO ORDERED.

United States District Judge

3/28/00

M2:20303105.01