**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MULTI-TECH SYSTEMS, INC.,
a Minnesota Corporation,

Plaintiff,

v.

COMPAQ COMPUTER CORPORATION,
a Delaware Corporation,

Defendant.

**Civil No. 00-CV-297 ADM/RLE**

**COMPAQ COMPUTER CORPORATION'S**
**NOTICE OF NAME CHANGE**

PLEASE TAKE NOTICE that effective January 1, 2005 the firm of Fish & Neave, LLP has combined with, and is known as, Ropes & Gray LLP.

The Firm's address, telephone number and facsimile number remain the same.

All pleadings, notices, correspondence and other documents should be addressed as follows:

Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

///

///

///

Please change your records accordingly.

Respectfully submitted,

Dated: January 6, 2005 By: ____s/Gary J. Haugen____________

Richard A. Kempf
MASLON EDELMAN BORMAN &
BRAND
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel. No.: (612) 672-8200

Attorneys for Defendant
Compaq Computer Corporation

OF COUNSEL:

Herbert F. Schwartz
Robert W. Morris
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020
Tel. No.: (212) 596-9000

Robert J. Goldman
ROPES & GRAY LLP
525 University Avenue
Palo Alto, California 94301
Tel. No.: (650) 617-4000

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MULTI-TECH SYSTEMS, INC., a Minnesota corporation,<br><br>Plaintiff,<br>v.<br><br>COMPAQ COMPUTER CORPORATION, a Delaware Corporation,<br>Defendant. | ) | **CERTIFICATE OF SERVICE**<br><br>Case No. 00-CV-297 (ADM/RLE) |

I hereby certify that on January 6, 2005, I caused the following document:

COMPAQ COMPUTER CORPORATION'S NOTICE OF NAME CHANGE

to be filed electronically with the Clerk of the court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Kevin D Conneely - kevin.conneely@leonard.com barbara.mclean@leonard.com
- Misti Nelc – mnnelc@rkmc.com lmzimmerman@rkmc.com ammoravetz@rkmc.com
- Ronald J Schutz – rjschutz@rkmc.com lvlind@rkmc.com
- Darren Brayer Schwiebert – dschwiebert@fredlaw.com kraba@fredlaw.com
- Gary J Haugen – gary.haugen@maslon.com cindy.allen@maslon.com
- Richard Alan Kempf – rick.kempf@maslon.com gloria.fredkove@maslon.com

I further certify that I mailed the foregoing document and the Notice of Electronic Filing by First-Class Mail to the following non-CM/ECF participants.

**Robert J. Goldman**
ROPES & GRAY LLP
525 University Avenue
Palo Alto, California 94301

**Herbert F. Schwartz**
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020

**Robert W. Morris**
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020

Dated: January 6, 2005

**MASLON EDELMAN BORMAN & BRAND, LLP**

By: s/Gary J. Haugen

Gary J. Haugen (#42338)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8325
Facsimile: (612) 642-8325
Attorney E-mail: gary.haugen@maslon.com