**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MULTI-TECH SYSTEMS, INC.,
a Minnesota Corporation,

Plaintiff,

v.

COMPAQ COMPUTER CORPORATION,
a Delaware Corporation,

Defendant.

---

Case No. 00-CV-297 ADM/RLE

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Multi-Tech Systems, Inc. and Defendant Compaq Computer Corporation stipulate to the dismissal of all claims and counterclaims in this action with prejudice. The parties agree that each party shall bear its own costs, disbursements, and attorneys' fees incurred in this action.

Dated: January 11, 2005

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

/s/ Misti Nelc
Ronald J. Schutz (#130849)
Misti Nelc (#296090)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF**
**MULTI-TECH SYSTEMS, INC.**

Dated: January 10, 2005

**ROPES & GRAY LLP**

/s/ Robert J. Goldman
Robert J. Goldman *(Pro Hac Vice)*
525 University Avenue, Suite 300
Palo Alto, California 94301
Phone: (650) 617-4000

**ATTORNEY FOR DEFENDANT
COMPAQ COMPUTER CORPORATION**