# CERTIFICATE OF SERVICE

I certify that on January 11, 2005, I have caused the following document:

Stipulation of Dismissal

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of electronic filing to the following:

| | |
|---|---|
| Kevin D. Conneely | kevin.conneely@leonard.com |
| Gary J. Haugen | gary.haugen@maslon.com |
| Richard Alan Kempf | rick.kempf@maslon.com |
| Darren Brayer Schwiebert | dschwiebert@fredlaw.com |

I further certify that I have caused a copy of the following:

Stipulation of Dismissal

to be served by U.S. mail as noted below to the following:

Robert Goldman
Ropes & Gray, LLP
525 University Ave., Suite 300
Palo Alto, CA 94301

Robert J. Goldman
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY 10020

Robert Morris
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY 10020

Herbert F. Schwartz
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY 10020

Date: January 11, 2005

**s/ Misti Nelc**
Misti Nelc