**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MULTI-TECH SYSTEMS, INC.,
a Minnesota Corporation,

Case No. 00-CV-297 ADM/RLE

Plaintiff,

v.

COMPAQ COMPUTER CORPORATION,
a Delaware Corporation,

Defendant.

**CERTIFICATE OF SERVICE FOR PROPOSED ORDER OF DISMISSAL**

I certify that on January 11, 2005, I have caused the Proposed Order of Dismissal, which was e-mailed to Judge Montgomery's chambers on January 11, 2005, to be served by U.S. mail as noted below to the following:

Robert Goldman
Ropes & Gray, LLP
525 University Ave., Suite 300
Palo Alto, CA 94301

Robert J. Goldman
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY 10020

Robert Morris
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY 10020

Herbert F. Schwartz
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, NY 10020

Date: January 11, 2005

**s/ Misti Nelc**
Misti Nelc