**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MULTI-TECH SYSTEMS, INC.,
a Minnesota Corporation,

Plaintiff,

v.

COMPAQ COMPUTER CORPORATION,
a Delaware Corporation,

Defendant.

Case No. 00-CV-297 ADM/RLE

**ORDER OF DISMISSAL**

In light of the parties' Stipulation of Dismissal, which was filed electronically on January 11, 2005, and assigned ECF document number 38, all claims and counterclaims in this action are dismissed with prejudice. Each party shall bear its own costs, disbursements, and attorneys' fees incurred in this action.

IT IS SO ORDERED. LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 14, 2005

S/Ann D. Montgomery

The Honorable Ann D. Montgomery